**Elton NEAL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**ED 105261**

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

Filed: October 17, 2017

Randall G. Brachman, Assistant Public Defender, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Robert J. Bartholomew, Assistant Attorney General, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Lisa P. Page, P.J., Roy L. Richter, J., and Philip M. Hess, J.

## ORDER

PER CURIAM.

Elton Neal ("Movant") appeals from the denial, without an evidentiary hearing, of his Rule 24.035 post-conviction relief motion. We affirm.

The judgment of the trial court is not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).